IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DUSTY L. BOWMAN,**

    *Plaintiff*,

v().                                                Case No.: 4:23cv528-MW/MJF

**RICKY D. DIXON, et al.,**

    *Defendants*.

_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 19, and has also reviewed *de novo* Plaintiff's letter, ECF No. 22, and Plaintiff's motion for reconsideration, ECF No. 21, which this Court construes as objections to the report and recommendation.[1]

Plaintiff asserts the Magistrate Judge failed to permit Plaintiff to show cause why he failed to list his prior case with this Court before recommending dismissal for abuse of the judicial process. But the Magistrate Judge has recommended dismissal without prejudice. And Plaintiff has now explained that he simply forgot to list the case he previously filed with this Court. Nonetheless, Plaintiff does not

---

[1] This Court recognizes that the Magistrate Judge denied Plaintiff's motion for reconsideration on April 22, 2024. ECF No. 23. This Court agrees with Magistrate Judge's ruling on the motion for reconsideration, but, for the sake of thoroughness, this Court also construes Plaintiff's motion as objections to the report and recommendation and considers them *de novo*.

contest that he failed to fully disclose his previous litigation—conduct that "constitutes an abuse of the judicial process warranting dismissal." *Sears v. Haas*, 509 F. App'x 935, 936 (11th Cir. 2013).

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 19, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1), for maliciousness and abuse of the judicial process." Plaintiff's pending motions, ECF Nos. 4, 6, 12, and 18, are **DENIED as moot**. The Clerk shall close the file.

**SO ORDERED on April 23, 2024.**

s/Mark E. Walker  
**Chief United States District Judge**
